**No. 67569.**—Zenith Novelty Co. et al. *v.* United States, protests 58/9156, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of vinyl ornaments similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, APRIL 3, 1963

**No. 67570.**—Ronco Corp. *v.* United States, protests 62/9838, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of metal magnetos and parts thereof the same in all material respects as those the subject of *Ronco Corporation* v. *United States* (44 Cust. Ct. 253, C.D. 2184), the claim of the plaintiff was sustained.